IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  **CASE NO. 1:06-cr-00027-MP-AK**

DOMANEK ALLEN WILLIAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 98, Motion to Continue Change of Plea, filed by Defendant Williams.  Defendant requests a continuance of his change of plea, currently scheduled for December 20, 2006, at 2:00 p.m.  Because the trial of his codefendants has been continued until February, Defendant Williams requests a thirty-day continuance so that he may cooperate with the government prior to entering his plea.  The Government does not object to the continuance.  After considering the matter, the motion is granted.  Accordingly, Defendant Williams' change of plea is hereby continued to Friday, January 19, 2007, at 10:00 a.m.

**DONE AND ORDERED** this  *19th* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge