IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-cr-00027-MP-GRJ-4

DOMANEK ALLEN WILLIAMS,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Defendant's Motion for Extension of Time to File Appeal. (Doc. 301). Rule 4(b)(4) of the in Federal Rules of Appellate Procedure allow the district court, upon a finding of excusable neglect or good cause, to extend the time to file a notice of appeal for a period not to exceed 30 days. The defendant intends to file a supplemental pleading asking the Court to reconsider its modification Order dated February 8, 2013 and requests the extension of time to provide him enough time to file a pleading to this effect or for a hearing on the matter to be set. The government has no objection to the requested relief.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's motion for extension of time to file appeal (doc. 301) is GRANTED.

2. Defendant may file a notice of appeal on or before March 10, 2013.

**DONE AND ORDERED** this  _15th_ day of February, 2013

                                       *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge